## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | UNDER SEAL: United States of America vs. Jacque Buckley, et al. | | |

**DOCKET ENTRY TEXT**

Government's ex parte motion to seal complaint, affidavit, and arrest warrants is granted until further order of court. Enter Order.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | CDH |
|---|---|---|---|