UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 532 |
| ) | |
| v. ) | Magistrate Judge Jeffrey Cole |
| ) | |
| JACQUE BUCKLEY, also known as, "Jay," and, ) | **UNDER SEAL** |
| ROBERT JOYNER, also known as "Bear" ) | |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to seal the Complaint, Affidavit, and Arrest Warrants in this matter. Having demonstrated good cause in support of its motion, specifically, that public filing of the Complaint, Affidavit, and Arrest Warrants would jeopardize the government's investigation,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrants, as well as the Motion and Order to Seal, be sealed until the arrest of any one of the defendants named above or until further order of this Court, except that copies of the arrest warrants shall be provided to law enforcement in order to execute the arrest of the defendants.

ENTER:

_____
JEFFREY COLE
United States Magistrate Judge

DATE: July 8, 2008