## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 - 1&2 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Jacque Buckley, et al. | | |

**DOCKET ENTRY TEXT**

Government's oral motion to amend the face of the criminal complaint to reflect Kane County rather than Will County is granted.

Docketing to mail notices.

00:15

FILED
2008 JUL 10 PM 5:39
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|