# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 - 1,2 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Buckley and Joyner | | |

**DOCKET ENTRY TEXT**

Bond hearing and preliminary examination hearing are reset from 7/14/08 to 7/17/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|