## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Jacque Buckley | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Carl P. Clavelli is appointed as counsel for defendant. Defendant waives detention hearing without prejudice. Defendant waives right to preliminary hearing. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | CDH |
|---|---|---|---|