# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JACQUE BUCKLEY, also known as "Jay," and
ROBERT JOYNER, also known as "Bear"

Under Seal

**WARRANT FOR ARREST**

CASE NUMBER
**08 CR 532**
**MAGISTRATE JUDGE COLE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JACQUE BUCKLEY, also known as "Jay"__
                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   _X_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with   (brief description of offense)

conspiring with Robert Joyner, also known as "Bear," and others, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __846__

| JEFFREY COLE | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jeff Cole | July 8, 2008   CHICAGO, IL |
| Signature of Issuing Officer | Date and Location |

FILED
August 4, 2008
AUG X 4 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/08/08 | James J. Ferguson, Special Agent FBI, Chicago Field Div-2 | /s/ James J. Ferguson |
| DATE OF ARREST | | |
| 07/09/08 | | |