UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Judge Pallmeyer |
| v. | ) | No. 08 CR 532 |
| | ) | |
| JACQUE BUCKLEY, | ) | Violations: Title 21, United |
| also known as "Jay," and | ) | States Code, Sections 841(a)(1) and 846; |
| ROBERT JOYNER, | ) | Title 18, United States |
| also known as "Bear" | ) | Code, Section 2 |

FILED
SEP 18 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

FILED
SEP - 3 2008

Magistrate Judge Cole

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

From on or about March 5, 2007, and continuing until at least March 29, 2007, at Aurora and elsewhere, in the Northern District of Illinois, Eastern Division,

JACQUE BUCKLEY, also known as "Jay," and
ROBERT JOYNER, also known as "Bear,"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about March 5, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

> JACQUE BUCKLEY, also known as "Jay," and
> ROBERT JOYNER, also known as "Bear,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## **COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about March 29, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

> JACQUE BUCKLEY, also known as "Jay," and
> ROBERT JOYNER, also known as "Bear,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 25, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

JACQUE BUCKLEY, also known as "Jay,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).


　　　　　　　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　FOREPERSON


_____
UNITED STATES ATTORNEY