# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 532 1-2 | **DATE** | 9/5/2008 |
| **CASE TITLE** | USA vs. Buckly, et al. | | |

**DOCKET ENTRY TEXT**

Arraignment is reset to Tuesday, September 9, 2008 at 10:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|